Timothy McCandless, Esq.
The Law Offices of Timothy McCandless
15647 Village Drive
Victorville, CA 92392
(760) 733-8885-telephone

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADLAI F. EVANS

Plaintiff(s),

v.

JP MORGAN CHASE BANK, N.A. et al

Defendant(s).

CASE NUMBER

EDCV09-400 SGL (MANx)

NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (Check one)

[✓] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] ONLY Defendant(s) _____

is/are dismissed from (check one) [✗] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

4/24/09
Date

Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

IT IS SO ORDERED
DATE 4/30/09

U.S. DISTRICT COURT JUDGE

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)